IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Belfor USA Group, Inc., | C/A No. 3:13-cv-01967-JFA |
| Plaintiff, | |
| vs. | **ORDER** |
| Jerry Ray Britt; Blackburne & Brown Mortgage Fund I; and Seneca Insurance Company, Inc., | |
| Defendants. | |

For good cause shown, this court hereby grants, in part, the plaintiff's motion to compel, ECF No. 39, directing Defendant Jerry Ray Britt to respond to the plaintiff's First Set of Interrogatories and Requests for Production of Documents within 14 days of the date of this order. The court takes under advisement the plaintiff's request to be reimbursed for costs incurred and directs the plaintiff to provide the court with an affidavit showing its itemized expenses to prepare the motion to compel.

IT IS SO ORDERED.

January 24, 2014                          Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge