IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Belfor USA Group, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jerry Ray Britt; Blackburne & Brown Mortgage Fund I; and Seneca Insurance Company, Inc., <br><br> Defendants. | C/A No. 3:13-cv-01967-JFA <br><br><br> **ORDER** |

This matter comes before the court on Plaintiff's request for reimbursement of attorney's fees incurred in connection with a motion to compel discovery responses from Jerry Ray Britt ("Britt"). ECF Nos. 39, 55. Based on the affidavits of Plaintiff's counsel itemizing their expenses and for good cause shown, the court hereby directs Britt to pay Plaintiff $967.90 within 14 days of the date of this order.

IT IS SO ORDERED.

February 14, 2014                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge