IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Belfor USA Group, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Jerry Ray Britt; Blackburne & Brown Mortgage Fund I; and Seneca Insurance Company, Inc.,<br><br>    Defendants. | C/A No. 3:13-cv-01967-JFA<br><br><br>**ORDER** |

This matter comes before the court on a motion for entry of default judgment filed by the plaintiff, Belfor USA Group, Inc., ("Plaintiff") against one of the defendants, Jerry Ray Britt ("Britt") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. ECF No. 62. On February 18, 2014, the Clerk of Court issued an entry of default against Britt. ECF No. 57. In its motion for entry of default judgment, Plaintiff asserts that Britt has failed to file an answer or otherwise respond to Plaintiff's first amended complaint and requests that this court enter a default judgment against Britt in the amount of $891,164.89. *Id.* Another defendant, Seneca Insurance Company, Inc. ("Seneca"), has filed a response in opposition to the motion. ECF No. 66. The court heard oral arguments on March 6, 2014. After carefully considering the parties' briefs and the arguments presented at the hearing, the court finds that the claims against Britt are so intertwined with those against Seneca and another defendant, Blackburne & Brown Mortgage Fund I, that the court will defer entry of judgment against Britt until the conclusion of the case.

    IT IS SO ORDERED.

March 11, 2014                          Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge